UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| LEWIS BLACKWELL,<br>Federal Reg. No. 64004019,<br>    Plaintiff,<br><br>v.<br><br>USP Atlanta, Georgia,<br>    Defendant. | :<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>: | CIVIL ACTION NO.<br>1:13-CV-1531-TWT-JSA<br><br><br><br>*BIVENS* ACTION<br>28 U.S.C.§ 1331 |

**MAGISTRATE JUDGE'S FINAL REPORT AND RECOMMENDATION**

By Order entered on May 16, 2013, the undersigned directed the Clerk to re-style the instant action to a *Bivens* complaint pursuant to 28 U.S.C. § 1331. (Doc. 2). In that same Order, the undersigned also instructed Plaintiff to pay the full $350.00 filing fee or submit an executed financial affidavit on the proper forms in connection with his request to proceed *in forma pauperis*, and to amend the complaint within thirty (30) days of the date of the Order. (*Id.*). The undersigned advised Plaintiff that his failure to comply with this Court's directives could result in the dismissal of the instant action. (*Id.*). As of September 4, 2013, Plaintiff has not submitted the filing fee or a request to proceed *in forma pauperis*. Nor has he filed the required amendment.

**IT IS THEREFORE RECOMMENDED** that this action be **DISMISSED WITHOUT PREJUDICE,** pursuant to LR 41.3(A)(2), NDGa, due to Plaintiff's

AO 72A
(Rev.8/82)

failure to comply with a lawful order of the Court.  *See also Heard v. Nix*, 170 F. App'x 618, 619 (11th Cir. 2006) (affirming dismissal under Rule 41.3 and Rule 41(b) of the Federal Rules of Civil Procedure for failure to comply with district court's order).

The Clerk is **DIRECTED** to terminate the referral to the undersigned magistrate judge.

**IT IS SO RECOMMENDED** this 8th day of October, 2013.

_____
JUSTIN S. ANAND
UNITED STATES MAGISTRATE JUDGE

AO 72A
(Rev.8/82)