IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

LEWIS BLACKWELL,

   Petitioner,

   v.

USP ATLANTA, GEORGIA,

   Respondent.

CIVIL ACTION FILE
NO. 1:13-CV-1531-TWT

## ORDER

This is a pro se Bivens action. It is before the Court on the Report and Recommendation [Doc. 3] of the Magistrate Judge recommending dismissing the case. The Court approves and adopts the Report and Recommendation as the judgment of the Court. This action is DISMISSED.

SO ORDERED, this 15 day of November, 2013.

                /s/Thomas W. Thrash
                THOMAS W. THRASH, JR.
                United States District Judge

T:\ORDERS\13\Blackwell\r&r.wpd